**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY | ) | |
| COMMISSION, | ) | |
| | ) | Civil Action No. 17-6692 |
| Plaintiff, | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| v. | ) | |
| | ) | |
| PALM USA, INC. | ) | |
| d/b/a CITY SPORTS, et al. | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Third Amended General Order 20-0012, the parties submit the following Joint Status Report.

**a)     The progress of discovery**

Fact and expert discovery are complete. Fact discovery closed on May 10, 2019 and expert discovery closed on October 18, 2019.

**b)  The status of briefing on any unresolved motions**

On November 13, 2019, the EEOC filed a Motion to Strike Defendants' Expert Witnesses (Doc. No. 91). The Court postponed setting a briefing schedule until after a settlement conference which, at that time, was set for December 10, 2019 before Magistrate Judge Harjani (Doc. No. 94).

**c)  Settlement efforts**

The December 10, 2019 settlement conference was stricken by Magistrate Judge Harjani because he did not believe given the parties' positions at the time that it would lead to a settlement (Doc. No. 95). With Magistrate Judge Harjani's continued engagement and by exchanging additional materials, the parties have continued settlement discussions. EEOC must submit a draft of a proposed Consent Decree to Magistrate Judge Harjani by May 28, 2020. Magistrate Judge Harjani has scheduled a status hearing with the parties on June 4, 2020, at which time the parties anticipate that he will determine whether to schedule a settlement conference.

**d) A proposed schedule for the next 45 days**

The parties have been working and propose to continue to work to attempt to narrow areas of dispute for purposes of settlement until the June 4, 2020 status.

If Magistrate Judge Harjani does not set the case for a settlement conference during the June 4, 2020 status, the parties propose that the Court set a briefing schedule on EEOC's Motion to Strike Defendants' Expert Witnesses (Doc. No. 91), providing Defendants with 28 days to file a response and the EEOC 14 days to file a reply after the Defendants file their response.

**e) A proposed revised expert and dispositive motion schedule**

The parties request that the Court set a schedule for Daubert motions and summary judgment motions after ruling on the EEOC's Motion to Strike Defendants' Expert Witnesses.

**f) Request for any agreed action that the Court can take without a hearing**

None other than setting the briefing schedule on EEOC's Motion to Strike Defendants' Expert Witnesses as proposed above.

**g) State whether the parties believe a telephonic hearing with the judge is necessary and time urgent, and, if so, identify the issue that warrants discussion.**

Currently, the parties do not believe a telephonic hearing with the Court is necessary.


May 18, 2020                                    Respectfully submitted,



For Plaintiff:                                    For Defendants:

/s/ Ann Henry                                    /s/ Soo Yeon Lee
Ann Henry                                        Soo Yeon Lee
Trial Attorney                                   Mauck & Baker, L.L.C.
Equal Employment                                 1 N. LaSalle Street, Suite 600
   Opportunity Commission          Chicago, IL 60602
Chicago District Office                          (312) 332-2400
230 S. Dearborn St., Suite 2910                  slee@mauckbaker.com
Chicago, IL 60604
(312) 872-9659
ann.henry@eeoc.gov