# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

U.S. Equal Employment Opportunity
Commission

                         Plaintiff,

v.                                   Case No.: 1:17−cv−06692

                                   Honorable Rebecca R.
Pallmeyer

Palm USA, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 30, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion to strike [91] is moot. Plaintiff's joint motion for entry of consent decree [120] is granted. Plaintiff's joint motion for leave to file Exhibit C to the consent decree under seal [122] is granted. Enter Consent Decree. Civil case terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.